■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TALBERT, Appellant. [787 NYS2d 901]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 24, 2003 (*People v Talbert,* 303 AD2d 696 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered November 2, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANETTE VARGAS, Appellant. [787 NYS2d 902]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered July 30, 2002, convicting her of attempted assault in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Adams, Goldstein, Rivera and Spolzino, JJ., concur.